An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH J. SCHIRO,
Appellant,
vs.
RENEE BAKER, WARDEN,
Respondent.

No. 62913

FILED

MAY 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court partially dismissing a post-conviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No final decision, oral or written, had been made on the entire petition when appellant filed his appeal on April 1, 2013.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1]We note that the State was ordered to respond to the remaining claims on February 27, 2013.

13-13812

cc: Hon. Steve L. Dobrescu, District Judge
Kenneth J. Schiro
Attorney General/Carson City
White Pine County District Attorney
Attorney General/Ely
White Pine County Clerk